GREENBERG TRAURIG, LLP
Robert J. Herrington (SBN 234417)
Email: herringtonr@gtlaw.com

1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Attorneys for Defendant,
WAL-MART STORES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

DONNIE LEE GIBSON II, on behalf of himself and all others similarly situated,

Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation, CAL-MAINE FOODS, INC., a Delaware corporation,

Defendants.

CASE NO. 4:18-cv-00134-KAW

**STIPULATED REQUEST FOR ORDER REGARDING RESPONSE TO COMPLAINT AND SETTING BRIEFING SCHEDULE**

Action Filed: January 8, 2018
Current Response Date: February 9, 2018
**New Response Date: April 10, 2018**

Defendant Wal-Mart Stores, Inc. ("Walmart") and Plaintiff Donnie Lee Gibson II ("Plaintiff") (together, the "Parties") hereby stipulate and agree that Walmart may have an extension of time, until and including April 10, 2018, to respond to Plaintiff's Complaint. The Parties further stipulate and agree to a modified briefing schedule, as delineated below, in connection with Walmart's anticipated pleadings motion. The Parties make the following recitals in support of this Stipulation.

WHEREAS, Walmart's current deadline to respond to the Complaint is February 9, 2018.

WHEREAS, Walmart is still in the process of engaging counsel in this matter. To allow sufficient time for Walmart to finish the process of engaging counsel and for such counsel to evaluate Plaintiff's claims, Walmart has requested, and Plaintiff has agreed, that Walmart may have an extension of time, until and including April 10, 2018, to file its response to the Complaint.

WHEREAS, so that each Party has ample opportunity to set forth its grounds in favor of, or in opposition to any pleading motion, the Parties have further agreed to a briefing schedule.

THEREFORE, IT IS HEREBY STIPULATED between Plaintiff and Walmart that:

1. Walmart shall file its response to the Complaint on or before April 10, 2018;
2. Plaintiff shall file any opposition on or before May 8, 2018;
3. Walmart shall file any reply on or before May 29, 2018;
4. Subject to the Court's availability, the hearing on any pleading motion by Walmart shall be held on June 21, 2018 or as soon thereafter as the Court's calendar allows.

**IT IS SO STIPULATED.**

DATED: February 2, 2018 GREENBERG TRAURIG, LLP

By */s/ Robert J. Herrington*
Robert J. Herrington
Attorneys for Defendant
Wal-Mart Stores, Inc.

DATED: February 2, 2018 HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ *Elaine T. Byszewski*
Elaine T. Byszewski
Attorneys for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February ___, 2018

______________________________
Hon. Kandis A. Westmore
United States Magistrate Judge

**DECLARATION OF DAVID E. SELLINGER**

I, David E. Sellinger, declare as follows:

1. I am an attorney at the law firm Greenberg Traurig, LLP, attorneys for defendant Wal-Mart Stores, Inc. ("Walmart"). I make this declaration in support of the parties' Stipulated Request for Order Regarding Response to Complaint and Setting Briefing Schedule. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. Walmart is still in the process of engaging counsel in this matter. To allow sufficient time for Walmart to finish the process of engaging counsel and for such counsel to evaluate Plaintiff's claims, Walmart has requested, and Plaintiff has agreed, that Walmart may have an extension of time, until and including April 10, 2018, to file its response to the Complaint.

3. Pursuant to Local Rule 7-3(a), if Walmart responds to the Complaint by filing a motion, Plaintiff's opposition brief would be due on April 24, 2018, and under Local Rule 7-3(c), Walmart's reply brief would be due on May 1, 2018. So that each Party has ample opportunity to set forth its grounds in favor of, or in opposition to any pleading motion, the Parties have further agreed to extend those deadlines in the modified briefing schedule set forth in the Stipulated Request.

4. There have been no previous modification of the deadlines in this case.

5. This extension request and proposed briefing schedule will not affect any other dates set by the Court, except that the Court may wish to continue the Initial Case Management Conference currently set for April 10, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of February, 2018, in Washington, D.C.

*<u>/s/ David E. Sellinger</u>*
David E. Sellinger