STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

ELAINE T. BYSZEWSKI (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
(213) 330-7150
elaine@hbsslaw.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| DONNIE LEE GIBSON II, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation, CAL-MAINE FOODS, INC., a Delaware corporation,<br><br>Defendants. | Case No.  3:18-cv-00134-VC<br><br>CLASS ACTION<br><br>**STIPULATED REQUEST FOR DISMISSAL**<br><br>AND ORDER |

1    WHEREAS plaintiff filed his class action complaint entitled *Gibson v. Wal-Mart Stores, Inc., Cal-Maine Foods, Inc.*, on January 8, 2018;

WHEREAS defendant Cal-Maine Foods, Inc. has represented to plaintiff that the eggs described in the *Gibson* complaint were distributed to Southern California but not to Northern California;

WHEREAS counsel for plaintiff filed another case in the Southern District of California entitled *Palmer v. Wal-Mart Stores, Inc., Cal-Maine Foods, Inc.*, on March 2, 2018;

WHEREAS the parties propose to dismiss the *Gibson* complaint without prejudice, each side to bear its own costs;

WHEREAS no consideration will pass between the parties in exchange for this dismissal;

WHEREAS there will be no concession of class interests made by the class representative or counsel;

WHEREAS pursuant to this Court's standing order at paragraph 33, dismissal is appropriate because it will not prejudice unnamed class members;

WHEREAS the suit has garnered little media attention;

WHEREAS, "even if some putative class members had relied on Plaintiffs' lawsuit, application of the second and third *Diaz* factors makes clear that they would not be prejudiced by dismissal here.  Under those factors, the Court must determine whether the parties' settlement jeopardizes absent class members' opportunity to bring suit against Defendants or otherwise undermines their ability to prosecute class claims.  In this case, because the parties intend to dismiss the class claims without prejudice, absent class members would still be able to bring suit against Defendants.  What's more, these claims would not be time-barred because of the class action tolling doctrine." *Lyons v. Bank of Am., NA*, No. C 11-1232 CW, 2012 WL 5940846, at *2 (N.D. Cal. Nov. 27, 2012); *see also Dunn v. Teachers Ins. & Annuity Ass'n of Am.*, No. 13-CV-05456-HSG, 2016 WL 153266, at *7 (N.D. Cal. Jan. 13, 2016) ("putative class members could have years to file a new complaint").

WHEREFORE the parties stipulate that dismissal is appropriate and jointly request the Court to enter an order dismissing the case without prejudice, each side to bear its own costs.

- 1 -

STIPULATION RE DISMISSAL
3:18-CV-00134-VC

**IT IS SO STIPULATED.**

Dated:  April 5, 2018                        HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Elaine T. Byszewski*
Elaine T. Byszewski (SBN 222304)
301 N. Lake Avenue, Suite 920
Pasadena, CA 91101
(213) 330-7150
elaine@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

*Attorneys for Plaintiff*

Dated:  April 5, 2018                        SIDLEY AUSTIN LLP

By: */s/ Livia M. Kiser*
Livia M. Kiser (SBN 285411)
One South Dearborn Street
Chicago, IL 60603
(312) 853 7247
lkiser@sidley.com

Naomi A. Igra (SBN 269095)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415 772 7495
naomi.igra@sidley.com

*Attorneys for Defendant*
*Cal-Maine Foods, Inc.*

Dated:  April 5, 2018                        GREENBERG TRAURIG LLP

By: */s/ Howard Holderness*
Howard Holderness (SBN 169814)

- 2 -

STIPULATION RE DISMISSAL
3:18-CV-00134-VC

Michael Hogue (SBN 272083)
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
(415) 655-1308
holdernessh@gtlaw.com
hoguem@gtlaw.com

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

I, Elaine T. Byszewski, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

 Dated:  April  9 , 2018

Hon. Vince Chhabria
United States District Judge

- 3 -

STIPULATION RE DISMISSAL
3:18-CV-00134-VC